IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

**T2 TECHNOLOGIES, INC.**,

    Plaintiff,

v.

**WINDSTREAM COMMUNICATIONS, INC.**,
a Delaware corporation; and **McLEOD USA TELECOMMUNICATIONS SERVICES, LLC**,
d/b/a **PAETEC BUSINESS SERVICES, LLC**,
an Iowa limited liability company,

    Defendants.

---

### RULE 502(d) ORDER

---

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

DATED at Denver, Colorado, this 1st day of April, 2015

                              BY THE COURT:

                              _____
                              United States Magistrate Judge

APPROVED March 31, 2015 by:

| THE LAW OFFICE OF<br>MICHAEL L. GLASER, LLC | KUTAK ROCK LLP |
|---|---|
| *s/Michael L. Glaser*<br>Michael L. Glaser<br>1720 S. Bellaire St., Suite 607<br>Denver, CO 80222<br>Tel: 303-757-1600<br>Fax: 303-757-2874<br>mglaser@glaserlegal.com<br><br>*Attorney for Plaintiff* | *s/ Thomas W. Snyder*<br>Thomas W. Snyder<br>Mia K. Della Cava<br>1801 California St., Suite 3000<br>Denver, CO 80202<br>Tel: 303-297-2400<br>Fax: 303-292-7799<br>thomas.snyder@kutakrock.com<br>mia.dellacava@kutakrock.com<br><br>*Attorneys for Defendants Windstream Communications, Inc., and McLeod USA Telecommunications Services, LLC* |