IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

    Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability company doing business as PAETEC Business Services, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [#46] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. The deadline for joinder of parties and amendment of pleadings is extended to **June 12, 2015**.

    Dated: May 28, 2015