IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

    Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability company doing business as PAETEC Business Services, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Compel or Enforce Subpoena on Non-Party XO Communications Services, LLC** [#45][1] (the "Motion") and the **Notice of Withdrawal of Unopposed Motion to Compel or Enforce Subpoena on Non-Party XO Communications Services, LLC** [#53] (the "Notice"). Pursuant to the Notice,

    IT IS HEREBY **ORDERED** that the Motion [#45] is deemed **WITHDRAWN**.

    Dated:  June 8, 2015

---

[1] "[#45]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.