IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

     Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability
company doing business as PAETEC Business Services, LLC,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion for Stipulation [sic] Protective Order** [#51][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#51] is **DENIED without prejudice**. Accordingly,

     IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#51-1] supplied by the parties shall be refiled with handwritten or electronic signatures of counsel and shall explicitly incorporate Magistrate Judge Mix's discovery procedures in ¶¶ 6.3 and 7.4(c). The Court does not permit the filing of written discovery motions and handles disputes by telephone hearings.

     Dated:  June 8, 2015

---

[1]  "[#51]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.