IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

    Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability company doing business as PAETEC Business Services, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Unopposed Stipulated Motion to Amend Scheduling Order to Join Parties and/or Amend the Pleadings** [#56][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**. The Civil Scheduling Order [#34] is amended to extend the following deadline:

- Deadline for Joinder of Parties and Amendment of Pleadings      **July 3, 2015**

Dated: June 12, 2015

---

[1] "[#56]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.