IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

    Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability company doing business as PAETEC Business Services, LLC,

    Defendants/Third-Party Plaintiffs

v.

PLATTE RIVER NETWORKS, INC., a Colorado corporation, and
XO COMMUNICATIONS SERVICES, LLC, a Delaware limited liability company,

    Third-Party Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to File Third Party Complaint Against Platte River Networks Inc. and XO Communications Services, LLC** [#68][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#68] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendants' Third Party Complaint [#68-1] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendants/Third-Party Plaintiffs shall serve Third-Party Defendants with the Third Party Complaint in accordance with the Federal Rules of

---

[1] "[#68]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

Civil Procedure.

Dated: July 6, 2015