IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action:   14-cv-03151-MSK-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date:             September 17, 2015 | Courtroom Deputy:  Sabrina Grimm |

*Parties:*                                                           *Counsel:*

T2 TECHNOLOGIES, INC.,                         Michael Glaser

    Plaintiff,

v.

WINDSTREAM COMMUNICATION, INC.,     Thomas Snyder
et. al.,

    Defendants.

---

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session:   10:05 a.m.**

Court calls case.  Appearances of counsel.

Also present, Kim Ritter, on behalf of Third Party Defendant Platte River Networks, Inc.

Discussion regarding leave to conduct discovery by Third Party Defendant Platte River Networks, Inc. and extending discovery deadlines.

Court states Platte River Networks, Inc. is entitled to the same level of discovery allowed to the other parties.

    **ORDERED:  The following deadlines are extended as follows:**
          **- Joinder of Parties/Amendment of Pleadings - September 30, 2015**
          **- Discovery cut off - January 29, 2016**
          **- Dispositive motions - February 19, 2016**
          **- Designation of affirmative experts - December 18, 2015**

      **- Designation of rebuttal experts - January 15, 2016**
      **- Written discovery shall be served on or before November 13, 2015.**
      **- Each side is limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.**
      **- Each side shall be limited to 10 depositions, including experts.**

Discussion regarding Third Party Defendant XO Communications Services, LLC's Motion to Dismiss the Fourth and Fifth Claims for Relief in Winstream's Third Party Complaint [81].

**ORDERED:** **Third-Party Plaintiffs Windstream Communications, Inc. and McLeod USA Telecommunications Services, LLC's claims against XO Communications Services, LLC [87] are dismissed pursuant to F.R.C.P. 41(a)(1)(A)(I).**

**ORDERED:** **Third Party Defendant XO Communications Services, LLC's Motion to Dismiss the Fourth and Fifth Claims for Relief in Windstream's Third Party Complaint [81] is DENIED AS MOOT.**

Hearing concluded.

**Court in recess**:    **10:13 a.m.**
Total time in court:   00:08

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.