IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03151-MSK-KLM

T2 TECHNOLOGIES, INC.,

    Plaintiff,

v.

WINDSTEAM COMMUNICATIONS, INC., a Delaware corporation, and
MCLEOD USA TELECOMMUNICATIONS SERVICES, LLC, an Iowa limited liability company doing business as PAETEC Business Services, LLC,

    Defendants/Third-Party Plaintiffs

v.

PLATTE RIVER NETWORKS, INC., a Colorado corporation,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Third-Party Defendant Platte River Networks, Inc.'s Unopposed Motion for Modification of Scheduling Order to Extend Deadline for Designation of Affirmative Experts** [#100][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#100] is **GRANTED**.  The Scheduling Order is amended to extend the following deadlines:

- Third Party Defendant's Affirmative Expert Disclosure Deadline     **January 18, 2016**

- Third Party Plaintiffs' Rebuttal Expert Disclosure Deadline     **February 15, 2016**

    Dated:  December 30, 2015

---

[1] "[#100]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.